UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**KENNETH WHITFIELD**     **CIVIL ACTION NO. 11-744-P**

**VERSUS**     **JUDGE HICKS**

**BAYOU DORCHEAT**     **MAGISTRATE JUDGE HORNSBY**
**CORRECTIONAL CENTER, ET AL.**

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, - including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 4th day of November, 2013.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE